1  ANDREA M. CHAPMAN #325893
   ZENA M. SIN-ZARAGOZA #332804
2  CHAPMAN LAW, P.C.
   401 Clovis Ave., Ste 201
3  Clovis, CA 93612
   Telephone: 559-257-2822
4  Email:    chapman@chapmanlaw-ca.com; zaragoza@chapmanlaw-ca.com

6  Attorneys for Plaintiff TAMARA WHALEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WHALEY, an individual.<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:25-cv-00148-KES-SKO<br><br>**JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>(Doc. 13)<br><br>**Action Filed:** February 5, 2025<br>**Trial Date:**   September 22, 2026 |

Plaintiff TAMARA WHALEY ("**Plaintiff**") and Defendants SAFECO INSURANCE COMPANY OF AMERICA ("**Safeco**"), and LIBERTY MUTUAL INSURANCE COMPANY ("**Liberty Mutual**") (collectively "Defendants", and together with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 12, 2024, Plaintiff filed the underlying Summons and Complaint in Madera County Superior Court;

WHEREAS, on February 5, 2025, Defendants removed the case to this Court (Dkt. 1.);

WHEREAS, on May 13, 2025, the Parties attended the Joint Scheduling Conference, and this Court issued a Scheduling Order (Dkt. 12);

WHEREAS, Defendants have notified Plaintiff that the name of the insurer at issue is

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

1  General Insurance Company of America, and Plaintiff seeks to add the insurer to this matter, and
2  Defendants stipulate to this amendment;
3      WHEREAS, the Scheduling Order provides for amendments to pleadings no later than
4  August 22, 2025;
5      WHEREAS, the Parties stipulate that the filing of the proposed First Amended Complaint
6  does not modify the existing Scheduling Order;
7      WHEREAS, the Parties stipulate that the filing of the First Amended Complaint is neither
8  prejudicial to Defendants; the product of undue delay; proposed in bad faith; or futile;
9      WHEREAS, Defendants do not oppose Plaintiff's request for leave to file the First
10 Amended Complaint;
11     NOW THEREFORE, the Parties hereby stipulate that Plaintiff be granted leave to file the
12 First Amended Complaint, a copy of which is attached hereto as **Exhibit "A"**.

14 **IT IS SO STIPULATED**.

Dated: August 22, 2025                          CHAPMAN LAW P.C.

                                                          /s/_____
                                                          Zena M. Sin-Zaragoza
                                                          Andrea M. Chapman
                                                          Attorneys for Plaintiff Tamara Whaley

Dated: August 22, 2025                          MAYNARD NEXSEN LLP

                                                          */s/*_____
                                                          Nicholas J. Boos
                                                          Attorney for Defendants
                                                          Safeco Insurance Company of America and
                                                          Liberty Mutual Insurance Company

**ORDER**

The Parties having so stipulated (Doc. 13) and good cause appearing (Fed. R Civ. P. 15(a)),

**IT IS HEREBY ORDERED** that Plaintiff shall file the First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.


IT IS SO ORDERED.

Dated:  **August 25, 2025**           /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE