# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WHALEY, an individual;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00148-KES-SKO<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES**<br><br>(Doc. 20)<br><br>Before the Honorable Kirk E. Sherriff |

# ORDER

Having reviewed the parties' Joint Stipulation and Order Granting the Parties' Joint Stipulation To Continue Non-Expert and Expert Discovery Deadlines Only (Doc. 20), and for good cause appearing therefore, **IT IS HEREBY ORDERED** that the Scheduling Order (Doc. 12) is hereby MODIFIED as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery deadline | December 5, 2025 | January 30, 2026 |
| Expert Disclosures | December 19, 2025 | February 13, 2026 |
| Rebuttal Expert Disclosures | January 16, 2026 | March 13, 2026 |
| Expert Discovery deadline | January 30, 2026 | March 31, 2026 |

All other deadlines remain as set in the Scheduling Order.[1]

IT IS SO ORDERED.

Dated:   **December 22, 2025**         /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Per the parties' request, the foregoing modifications are made notwithstanding that the motion deadlines now pre-date the expert discovery deadlines.  (*See* Doc. 12.)