# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WHALEY,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>Defendants. | Case No.  1:25-cv-00148-KES-SKO<br><br>**ORDER DIRECTING CLERK TO TERMINATE CERTAIN DEFENDANTS**<br><br>(Doc. 22) |

On March 4, 2026, the parties filed a Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civil P.41(a)(1)(A)(ii) as to Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company, notifying the Court that these Defendants are voluntarily dismissed without prejudice.  (Doc. 22).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal without prejudice under Rule 41(a), this

case has automatically terminated as to Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company.  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of Court is DIRECTED to TERMINATE Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated:    **March 4, 2026**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

2