# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WHALEY,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>Defendants. | Case No.  1:25-cv-0148-KES-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 25) |

On June 24, 2026, Plaintiff Tamara Whaley and Defendant General Insurance of America, LLC, filed a joint stipulation dismissing the action with prejudice. (Doc. In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **June 25, 2026**                                   _____

UNITED STATES MAGISTRATE JUDGE